| FORM B1 | **United States Bankruptcy Court**<br>**Western District of New York** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Drake, James F.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Drake, Kristin A.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):    **xxx-xx-8285** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):    **xxx-xx-9643** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**112 Market Street**<br>**Attica, NY 14011** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**112 Market Street**<br>**Attica, NY 14011** |
| County of Residence or of the<br>Principal Place of Business:   **Wyoming** | County of Residence or of the<br>Principal Place of Business:   **Wyoming** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)          ☐ Railroad<br>☐ Corporation        ☐ Stockbroker<br>☐ Partnership        ☐ Commodity Broker<br>☐ Other_____     ☐ Clearing Bank | ■ Chapter 7     ☐ Chapter 11     ☐ Chapter 13<br>☐ Chapter 9     ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business     ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

# Voluntary Petition
*(This page must be completed and filed in every case)*

FORM B1, Page 2

Name of Debtor(s):
**Drake, James F.**
**Drake, Kristin A.**

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James F. Drake**
Signature of Debtor **James F. Drake**

X **/s/ Kristin A. Drake**
Signature of Joint Debtor **Kristin A. Drake**

Telephone Number (If not represented by attorney)

**April 22, 2004**
Date

### Signature of Attorney

X **/s/ Kenneth R. Hiller**
Signature of Attorney for Debtor(s)
**Kenneth R. Hiller**
Printed Name of Attorney for Debtor(s)
**Law Offices of Kenneth Hiller**
Firm Name
**2001 Niagara Falls Boulevard**
**Amherst, NY 14228**
Address
**716-564-3288  Fax: 716-564-3291**
Telephone Number
**April 22, 2004**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ Kenneth R. Hiller**      **April 22, 2004**
Signature of Attorney for Debtor(s)      Date
**Kenneth R. Hiller**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Western District of New York

In re   **James F. Drake,**    Case No. _____

      **Kristin A. Drake**

_____ ,

                      Debtors     Chapter _____ **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 60,000.00 | | |
| B - Personal Property | Yes | 3 | 31,957.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 89,600.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 2,900.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | 110,463.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,903.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,993.00 |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| | Total Assets | | 91,957.00 | | |
| | | Total Liabilities | 202,963.00 | | |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

In re     **James F. Drake,**                                   Case No. _____
          **Kristin A. Drake,**

_____ ,
                                                  Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **1112 Market Street**<br>**Attica, New York 14011** | **fee simple** | **J** | **60,000.00** | **64,400.00** |

|  |  |  |
|---|---:|---|
| Sub-Total > | **60,000.00** | (Total of this page) |
| Total > | **60,000.00** |  |

__0__ continuation sheets attached to the Schedule of Real Property            (Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                        Best Case Bankruptcy

In re    **James F. Drake,**                                          Case No. _____
         **Kristin A. Drake**

_____,
                              Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **WCTA FCU Checking account** | J | 50.00 |
| | | | **WCTA FCU Savings account** | J | 5.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods** | J | 2,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothing** | J | 400.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance policy (no cash value)** | H | 1.00 |
| | | | **Life Insurance policy (no cash value)** | W | 1.00 |

Sub-Total >      **2,957.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re **James F. Drake,**
    **Kristin A. Drake,**

Case No. _____

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **401-K Plan** | **H** | **2,000.00** |
| | | **403-B Plan** | **W** | **100.00** |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **495 Shares of Rite-Aid Corporation as part of employee buy in program- held by Computershare Trust Co.** | **H** | **2,900.00** |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     **5,000.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

In re    **James F. Drake,**
         **Kristin A. Drake**                                      Case No. _____

                                                        ,
                              Debtors
                    **SCHEDULE B. PERSONAL PROPERTY**
                              (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Chevy Tracker** | J | **24,000.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **24,000.00** |
| (Total of this page) | |
| Total > | **31,957.00** |

Sheet  __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **James F. Drake,**
      **Kristin A. Drake**
                           Debtors

Case No. _____

,

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

☐ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Household goods** | **NYCPLR § 5205(a)(5)** | **2,500.00** | **2,500.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **NYCPLR § 5205(a)(5)** | **400.00** | **400.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401-K Plan** | **Debtor & Creditor Law § 282(2)(e)** | **2,000.00** | **2,000.00** |
| **403-B Plan** | **Debtor & Creditor Law § 282(2)(e)** | **100.00** | **100.00** |

___**0**___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **James F. Drake,**                      Case No. _____

         **Kristin A. Drake**

_____ ,

Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0001009012** |  |  | 1996 |  |  |  |  |  |
| **ABN AMBRO Mortgage Group, Inc.** **135 South LaSalle** **Dept. 8600** **Chicago, IL 60674-8600** |  | J | first mortgage  1112 Market Street Attica, New York 14011 |  |  |  |  |  |
|  |  |  | Value $      **60,000.00** |  |  |  | **64,400.00** | **4,400.00** |
| Account No. **004902463747** |  |  | 4/03 |  |  |  |  |  |
| **GMAC** **Payment Processing Center** **P.O. Box 51014** **Carol Stream, IL 60125-1014** | X | J | security agreement  2003 Chevy Tracker |  |  |  |  |  |
|  |  |  | Value $      **24,000.00** |  |  |  | **24,000.00** | **0.00** |
| Account No. |  |  | 2002 |  |  |  |  |  |
| **Rent Way** **959 Broadway** **Buffalo, NY 14212** |  | J | purchase money  Household goods |  |  |  |  |  |
|  |  |  | Value $      **2,500.00** |  |  |  | **1,200.00** | **0.00** |
| Account No. |  |  |  |  |  |  |  |  |
|  |  |  | Value $ |  |  |  |  |  |

   **0**    continuation sheets attached

| | Subtotal (Total of this page) | **89,600.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **89,600.00** |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **James F. Drake,**                              Case No. _____

         **Kristin A. Drake**

_____ ,

Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

     If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

     Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

     Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                 Best Case Bankruptcy

In re    **James F. Drake,**
       **Kristin A. Drake**                                                       Case No. _____

                                        Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| **Account No.** | | | | | 2001 | | | | | |
| **Internal Revenue Service Department of the Treasury Andover, MA 05501** | J | | | | taxes | | | | 2,900.00 | 2,900.00 |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 2,900.00 | |
| Total (Report on Summary of Schedules) | 2,900.00 | |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re   **James F. Drake,**
      **Kristin A. Drake**                                   Case No. _____

                                                 Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**7th Avenue**<br>**P.O. Box 2804**<br>**Monroe, WI 53566-8004** | | J | **2000**<br>**goods** | | | | **500.00** |
| Account No.<br><br>**ACS**<br>**P.O. Box 78268**<br>**Phoenix, AZ 85062-8208** | | J | **1997**<br>**student loan** | | | | **6,136.00** |
| Account No. 5424-7702-2891-0852<br><br>**Action Card**<br>**P.O. Box 5052**<br>**Sioux Falls, SD 57117-5052** | | J | **2000**<br>**credit card** | | | | **200.00** |
| Account No.<br><br>**DUPLICATE for:**<br>**Action Card** | | | **Wolfoff & Abramson, LLP**<br>**Two Irving Center**<br>**702 King Farm Blvd.**<br>**Rockville, MD 20850-5775** | | | | |
| __27__  continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **6,836.00** |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

S/N:29849-040331   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **James F. Drake,**
         **Kristin A. Drake**                                          Case No. _____
                                                              ,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **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** <br><br>**AFSA Data Corp.** <br>**P.O. Box 7051** <br>**Utica, NY 13504-7051** | | J | 1999 <br> student loan | | | | 5,300.00 |
| Account No. <br><br>**Arizona Mail Order Co. Inc.** <br>**P.O. Box 221** <br>**Waite Park, MN 56387-0221** | | J | 2001 <br> credit | | | | 418.00 |
| Account No. **2832527** <br><br>**Aspen Publishers** <br>**7201 McKinney Circle** <br>**Frederick, MD 21704** | | J | 1999 <br> services | | | | 55.00 |
| Account No. **585591-4206** <br><br>**AT&T** <br>**P.O. Box 944073** <br>**Maitland, FL 32794-4073** | | J | 2002 <br> credit | | | | 306.00 |
| Account No. <br><br>**Bally's Total Fitness** <br>**12440 Imperial Hwy, Ste 300** <br>**Norwalk, CA 90650-8309** | | J | 2002 <br> fitness membership | | | | 69.00 |

Sheet no. __1__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  6,148.00


Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re **James F. Drake,**                         Case No. _____
       **Kristin A. Drake**

_____ ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11021**<br><br>**Batavia Neurological Services**<br>**203 Summit Street**<br>**Batavia, NY 14020** | | J | 2000<br>medical | | | | 75.00 |
| Account No. **01-401-2413-05119**<br><br>**Better Homes and Gardens**<br>**P.O. Box 10670**<br>**Des Moines, IA 50336-0670** | | J | 2003<br>books | | | | 32.00 |
| Account No.<br><br>**BMG Music**<br>**c/o Allied Interstate**<br>**P.O. Box 480**<br>**New Hyde Park, NY 11040** | | J | 2001<br>goods | | | | 71.00 |
| Account No. **4388-6420-7221-1900**<br><br>**Capital One Bank**<br>**P.O. Box 85147**<br>**Richmond, VA 23276** | | J | 2001<br>credit card | | | | 345.00 |
| Account No.<br><br>**DUPLICATE for:**<br>**Capital One Bank** | | | **Allied Interstate**<br>**3070 Lawson Boulevard**<br>**Oceanside, NY 11572-9017** | | | | |

Sheet no. __2__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      523.00

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

In re    **James F. Drake,**                  Case No. _____

         **Kristin A. Drake**

_____,

                     Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DUPLICATE for:**<br>**Capital One Bank** | | | **NAFS**<br>**3587 Parkway Lane**<br>**Norcross, GA 30892-2827** | | | | |
| Account No.<br><br>**CitiCards**<br>**P.O. Box 8109**<br>**South Hackensack, NJ 07606-8109** | | J | **2000**<br>**credit** | | | | 1.00 |
| Account No. 005429543<br><br>**CitiCorp Credit Services, Inc.**<br>**c/o LTD Financial Services, L.P.**<br>**7322 Southwest Freeway, Suite 1600**<br>**Houston, TX 77074** | | J | **2000**<br>**credit card** | | | | 2,395.00 |
| Account No. 50124861001<br><br>**Columbia House**<br>**c/o Customer Services Center**<br>**1400 North Fruitridge Ave.**<br>**P.O. Box 1114**<br>**Terre Haute, IN 47811-1114** | | J | **2000-2002**<br>**videos** | | | | 100.00 |
| Account No. 5181-8900-0309-3808<br><br>**Compucredit, Inc.**<br>**c/o VanRu Credit Corp**<br>**8550 Ulmerton Road, Suite 225**<br>**Largo, FL 33771-5351** | | J | **1998**<br>**credit card** | | | | 2,298.00 |

Sheet no. __3__ of __27__ sheets attached to Schedule of           Subtotal
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)      4,794.00

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re James F. Drake,
Kristin A. Drake

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **645245903**<br><br>**Crafter' Choice**<br>**c/o Customer Service Department**<br>**P.O. Box 6400**<br>**Camp Hill, PA 17012-6400** | | J | | **2003**<br>**credit** | | | | **39.00** |
| Account No. **695-285-903**<br><br>**Crafter's Choice**<br>**c/o North Shore Agency**<br>**751 Summit Avenue**<br>**Westbury, NY 11590** | | J | | **2003**<br>**credit** | | | | **39.00** |
| Account No. **645245903**<br><br>**Crafter's Choice**<br>**C/O Allied Interstate**<br>**P.O. Box 361445**<br>**Columbus, OH 43236** | | J | | **2000**<br>**credit** | | | | **65.00** |
| Account No. **5189-1310-0342-0317**<br><br>**Credit Card Service**<br>**P.O. Box 5877**<br>**Hicksville, NY 11802-5877** | | J | | **1999**<br>**credit card** | | | | **1,705.00** |
| Account No. **430359235**<br><br>**Credit Card Services**<br>**P.O. Box 23356**<br>**Pittsburgh, PA 15222-9825** | | J | | **1998**<br>**credit card** | | | | **929.00** |

Sheet no. __4__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,777.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **James F. Drake,**
**Kristin A. Drake**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Direct Loan**<br>**William D. Ford Federal Direct Loan**<br>**U.S. Department of Education**<br>**P.O. Box 530280**<br>**Atlanta, GA 30353-0260** | | J | | | **2000**<br>**student loan** | | | | **5,830.00** |
| Account No. **5449-1008-4692-7909**<br><br>**Direct Merchant's Bank**<br>**Payment Center**<br>**P.O. Box 17036**<br>**Baltimore, MD 21297-0448** | | J | | | **1999**<br>**credit** | | | | **1,175.00** |
| Account No.<br><br>**DUPLICATE for:**<br>**Direct Merchant's Bank** | | | | | **National Credit Adjusters**<br>**327 W 4th Street**<br>**P.O. Box 3023**<br>**Hutchinson, KS 67504-0550** | | | | |
| Account No. **3-5273980**<br><br>**Dr. Mark W. Nickels**<br>**c/o Strong Health**<br>**P.O. Box 278998**<br>**Rochester, NY 14627-8998** | | J | | | **2003**<br>**medical** | | | | **326.00** |
| Account No. **5181-8900-0309-3808**<br><br>**Emerge Mastercard**<br>**P.O. Box 105667**<br>**Atlanta, GA 30348-5667** | | J | | | **1998**<br>**credit card** | | | | **1,998.00** |

Subtotal
(Total of this page) **9,329.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re    **James F. Drake,**                              Case No. _____

       **Kristin A. Drake**

———————————————————————————————,

<div align="center">Debtors</div>

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DUPLICATE for:**<br>**Emerge Mastercard** | | | **Emerge Mastercard**<br>**P.O. Box 23034**<br>**Columbus, GA 31902-3034** | | | | |
| Account No.<br><br>**FDR Medical Services, P.C.**<br>**P.O. Box 808**<br>**Grand Rapids, MI 49518-0808** | | J | **2003**<br>**medical** | | | | 168.00 |
| Account No. 1738561881<br><br>**Figis, Inc.**<br>**P.O. Box 8090**<br>**Marshfield, WI 54449-8090** | | J | **1999** | | | | 147.00 |
| Account No.<br><br>**DUPLICATE for:**<br>**Figis, Inc.** | | | **Law Office of Mitchell N. Kay**<br>**7 Penn Plaza**<br>**New York, NY 10001-3995** | | | | |
| Account No.<br><br>**DUPLICATE for:**<br>**Figis, Inc.** | | | **Law Office of Mitchell N. Kay**<br>**P.O. Box 9006**<br>**Smithtown, NY 11787-9006** | | | | |

| | | |
|---|---|---|
| Sheet no. __**6**__ of __**27**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **315.00** |

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re     **James F. Drake,**                                    Case No. _____
           **Kristin A. Drake**

_____,

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 4071-9302-0922-7903<br><br>**First National Bank of Marin**<br>**P.O. Box 80015**<br>**Los Angeles, CA 90080-0015** | | J | | **1997**<br>**credit card** | | | | **755.00** |
| Account No.<br><br>**DUPLICATE for:**<br>**First National Bank of Marin** | | | | **Arrow Financial Services, LLC**<br>**5996 West Touley Avenue**<br>**Niles, IL 60714-4610** | | | | |
| Account No.<br><br>**DUPLICATE for:**<br>**First National Bank of Marin** | | | | **FNBM**<br>**585 Piolt Road**<br>**Las Vegas, NV 89119** | | | | |
| Account No.<br><br>**DUPLICATE for:**<br>**First National Bank of Marin** | | | | **National Asset Recovery Service, Inc.**<br>**P.O. Box 701**<br>**Chesterfield, MO 63006-0701** | | | | |
| Account No.<br><br>**DUPLICATE for:**<br>**First National Bank of Marin** | | | | **NCO Financial Systems, Inc.**<br>**P.O. Box 41567**<br>**Philadelphia, PA 19101** | | | | |

Sheet no. __7__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                             (Total of this page)                            **755.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **James F. Drake,**
    **Kristin A. Drake**
                                                 ,
                    Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5433-6245-0091-4513**<br><br>**First Premier Bank**<br>**P.O. Box 5147**<br>**Sioux Falls, SD 57117-5147** | | J | 1999<br>credit | | | | 1,097.00 |
| Account No.<br><br>DUPLICATE for:<br>**First Premier Bank** | | | **Accounts Receivable Management**<br>**P.O. Box 129**<br>**Thorofare, NJ 08086-0129** | | | | |
| Account No.<br><br>DUPLICATE for:<br>**First Premier Bank** | | | **MRS Associates, Inc.**<br>**6530 W. Campus Oval**<br>**New Albany, OH 43504** | | | | |
| Account No. **4610-0787-0397-0111**<br><br>**First Premier Bank**<br>**P.O. Box 5147**<br>**Sioux Falls, SD 57117-5147** | | J | 1999<br>credit card | | | | 963.00 |
| Account No.<br><br>DUPLICATE for:<br>**First Premier Bank** | | | **MRS Associates, Inc.**<br>**6530 West Campus Oval**<br>**Berkey, OH 43504** | | | | |

Sheet no. __8__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page) **2,060.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re  **James F. Drake,**           Case No. _____
     **Kristin A. Drake**

_____ ,
                                Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6011-7670-8414-5356**<br><br>**Gateway Credit Card Plan**<br>**P.O. Box 9025**<br>**Des Moines, IA 50368-9025** | | J | **1996**<br>**goods** | | | | **2,226.00** |
| Account No.<br><br>**DUPLICATE for:**<br>**Gateway Credit Card Plan** | | | **LTD Financial Services**<br>**7322 Southwest Freeway, Suite 1600**<br>**Houston, TX 77074** | | | | |
| Account No.<br><br>**DUPLICATE for:**<br>**Gateway Credit Card Plan** | | | **OSI Collection Services, Inc.**<br>**P.O. Box 550720**<br>**Jacksonville, FL 32255-0720** | | | | |
| Account No. **6008-8909-8962-9423**<br><br>**GE Consumer Finance**<br>**JcPenny's Card**<br>**P.O. Box 32000**<br>**Orlando, FL 32890-3200** | | J | **2000**<br>**credit card** | | | | **702.00** |
| Account No.<br><br>**DUPLICATE for:**<br>**GE Consumer Finance** | | | **Client Services, Inc.**<br>**3451 Harry S. Truman Blvd.**<br>**Saint Charles, MO 63301** | | | | |

Sheet no. __**9**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                      Subtotal                 **2,928.00**
               (Total of this page)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **James F. Drake,**              Case No. _____
       **Kristin A. Drake**

_____ ,
                   Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**DUPLICATE for:**<br>**GE Consumer Finance** | | | | **NCO Financial Systems, Inc.**<br>**P.O. Box 41417**<br>**Dept 99**<br>**Philadelphia, PA 19101** | | | | |
| Account No.<br><br>**Genesee Radiology**<br>**P.O. Box 8000, Dept. 799**<br>**Buffalo, NY 14267** | | | J | 1997<br>medical | | | | 200.00 |
| Account No. 780451842630<br><br>**Ginny's**<br>**P.O. Box 2825**<br>**Monroe, WI 53566-8025** | | | J | 2001<br>credit | | | | 711.00 |
| Account No. 221694268<br><br>**Gxmoor House**<br>**P.O. Box 62502**<br>**Tampa, FL 33662-5028** | | | J | 1999<br>credit | | | | 75.00 |
| Account No.<br><br>**Highland Hospital**<br>**1000 South Avenue**<br>**Rochester, NY 14620** | | | J | 6/2/03<br>medical | | | | 60.00 |

Sheet no. __10__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
             (Total of this page)        **1,046.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **James F. Drake,**                  Case No. _____

        **Kristin A. Drake**

                                               Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5489-5551-0605-8961** <br><br> **Household Bank** <br> **Dept. 7680** <br> **Carol Stream, IL 60116-7688** | | J | **1999** <br> **credit card** | | | | **478.00** |
| Account No. <br><br> **DUPLICATE for:** <br> **Household Bank** | | | **Accounts Recievable Management** <br> **P.O. Box 129** <br> **Thorofare, NJ 08086-0129** | | | | |
| Account No. <br><br> **DUPLICATE for:** <br> **Household Bank** | | | **United Recovery Systems, Inc.** <br> **3100 S. Gessmer, Suite 400** <br> **Houston, TX 77063** | | | | |
| Account No. <br><br> **Household Bank** <br> **Dept. 7680** <br> **Carol Stream, IL 60116-7680** | | J | **1999** <br> **credit card** | | | | **956.00** |
| Account No. <br><br> **DUPLICATE for:** <br> **Household Bank** | | | **United Recovery Systems, Inc.** <br> **3100 Gessmer, Suite 400** <br> **Houston, TX 77060** | | | | |

Sheet no. __11__ of __27__ sheets attached to Schedule of                  Subtotal

Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)     **1,434.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **James F. Drake,**
        **Kristin A. Drake**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**DUPLICATE for:**<br>**Household Bank** | | | **VanRu Credit Corp.**<br>**Payment Processing Center**<br>**P.O. Box 618**<br>**Chicago, IL 60688-0618** | | | | |
| Account No.<br>**Ide Imaging**<br>**P.O. Box 1279**<br>**Buffalo, NY 14240** | | J | 1999<br>medical | | | | 29.00 |
| Account No.<br>**Internal Revenue Service**<br>**Department of the Treasury**<br>**Andover, MA 05501** | | J | 2001<br>federal taxes | | | | 3,000.00 |
| Account No.<br>**JcPenny**<br>**P.O. Box 981131**<br>**El Paso, TX 79998** | | J | 2002<br>GOODS | | | | 702.00 |
| Account No.<br>**DUPLICATE for:**<br>**JcPenny** | | | **Northland Group, Inc.**<br>**P.O. Box 390846**<br>**Minneapolis, MN 55439** | | | | |

Sheet no. __12__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **3,731.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **James F. Drake,**
       **Kristin A. Drake**
                        Case No. _____

_____,

                      Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7101-5610-0003-0613**<br><br>**KMart**<br>**Retail Services**<br>**P.O. Box 17298**<br>**Baltimore, MD 21297-1298** | | J | **1996**<br>**credit card** | | | | **905.00** |
| Account No.<br><br>**DUPLICATE for:**<br>**KMart** | | | **Pioneer Credit Recovery, Inc.**<br>**26 Edward Street, Box 279**<br>**Arcade, NY 14009-0279** | | | | |
| Account No.<br><br>**DUPLICATE for:**<br>**KMart** | | | **Sherman Acquisitions, LP**<br>**2221 Niagara Falls Boulevard, Suite 29**<br>**Niagara Falls, NY 14304** | | | | |
| Account No.<br><br>**Metris**<br>**c/o Upton Cohen & Slamowitz**<br>**199 Crossways Park Drive**<br>**Woodbury, NY 11797-2016** | | J | **2002**<br>**credit** | | | | **200.00** |
| Account No. **780481842550**<br><br>**Midnight Velvet**<br>**P.O. Box 2821**<br>**Monroe, WI 53566-8021** | | J | **2001**<br>**goods** | | | | **500.00** |

Sheet no. __**13**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                               Subtotal          **1,605.00**
                         (Total of this page)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re   **James F. Drake,**
      **Kristin A. Drake**

                                            Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Monroe Ambulance c/o CRCS PreEmption Road Bldg 100 Geneva, NY 14456-2061** | | J | **2002 medical** | | | | 81.00 |
| Account No. **14oudak112mr00b** <br><br>**National Credit Audit Corp. 8600 N. Industrial Road Peoria, IL 61615** | | J | **2002 goods** | | | | 30.00 |
| Account No. **455580501** <br><br>**National Fuel 10 Lafayette Square Buffalo, NY 14203** | | J | **2002-2003 fuel** | | | | 1,275.00 |
| Account No. **14902-25101** <br><br>**Niagara Mohawk 300 Erie Boulevard West Syracuse, NY 13252** | | J | **2002-2003 electric** | | | | 1,000.00 |
| Account No. **RE V0003090278** <br><br>**Nicholas H. Noyes Memorial Hospital 111 Clara Burton Street Dansville, NY 14437** | | J | **2002 credit card** | | | | 371.00 |

Sheet no. __**14**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                               Subtotal
                   (Total of this page)      **2,757.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re   **James F. Drake,**
      **Kristin A. Drake**

Case No. _____

_____,
               Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**DUPLICATE for:**<br>**Nicholas H. Noyes Memorial Hospital** | | | **CBCS 70**<br>**821 PreEmption Rd. Bldg 100**<br>**Geneva, NY 14456-2863** | | | | |
| Account No. **455580501**<br><br>**North American Energy, Inc.**<br>**20 West Third Street, Suite 10**<br>**P.O. Box 400**<br>**Jamestown, NY 14702** | | J | **1998**<br>**fuel** | | | | 284.00 |
| Account No.<br><br>**NY Higher Education Services Corp.**<br>**99 Washington Avenue**<br>**Albany, NY 12255** | | J | **2000**<br>**student loan** | | | | 6,243.00 |
| Account No.<br><br>**DUPLICATE for:**<br>**NY Higher Education Services Corp.** | | | **Edward S. Haddad**<br>**810 Madison Avenue**<br>**Albany, NY 12208** | | | | |
| Account No. **5489-5500-5456-1926**<br><br>**Orchard Bank**<br>**c/o Bank Card Services**<br>**P.O. Box 17051**<br>**Baltimore, MD 21297-1051** | | J | **2000**<br>**credit card** | | | | 880.00 |

Sheet no. __15__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,407.00

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re    **James F. Drake,**
        **Kristin A. Drake**                                    Case No. _____

                                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **DUPLICATE for:** <br> **Orchard Bank** | | | **MCM** <br> **P.O. Box 939019** <br> **San Diego, CA 92193-9019** | | | | |
| Account No. **5489-5551-0605-8961** <br><br> **Orchard Bank** <br> **c/o Bank Card Services** <br> **P.O. Box 17051** <br> **Baltimore, MD 21297-1050** | | J | **1999** <br> **credit card** | | | | **1,096.00** |
| Account No. <br><br> **DUPLICATE for:** <br> **Orchard Bank** | | | **Midland Credit Management** <br> **P.O. Box 939019** <br> **San Diego, CA 92193-9019** | | | | |
| Account No. <br><br> **Oxmoor House** <br> **P.O. Box 62502** <br> **Tampa, FL 33662-5028** | | J | **2002** <br> **credit** | | | | **38.00** |
| Account No. **221694268** <br><br> **Oxmore House** <br> **P.O. Box 62502** <br> **Tampa, FL 33663-5028** | | J | **2002** <br> **credit** | | | | **40.00** |

Sheet no. \_\_**16**\_\_ of \_**27**\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal
                                 (Total of this page)      **1,174.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

In re   **James F. Drake,**                                   Case No. _____
        **Kristin A. Drake**

_____ ,
                                   Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **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**<br><br>**Pavillion State Bank**<br>**Main Street**<br>**Batavia, NY 14020** | | J | **1998**<br>**disputed checks** | | | X | 81.00 |
| Account No.<br><br>**DUPLICATE for:**<br>**Pavillion State Bank** | | | **Chex Systems Collection Agency**<br>**Department C**<br>**1550 East 79th Street**<br>**Minneapolis, MN 55425** | | | | |
| Account No.<br><br>**Progressive Insurance**<br>**c/o NCO Financial  Systems, Inc.**<br>**P.O. Box 41457**<br>**Philadelphia, PA 19101-1457** | | J | **1999**<br>**credit** | | | | 189.00 |
| Account No. **5409-7913-0044-4981**<br><br>**Providian Master Card**<br>**P.O. Box 9538**<br>**Manchester, NH 03108-9538** | | J | **1998**<br>**credit card** | | | | 1,448.00 |
| Account No.<br><br>**DUPLICATE for:**<br>**Providian Master Card** | | | **ASTA Funding**<br>**c/o Mel S. Harris and Associates, LLC**<br>**116 John Street, Suite 1510**<br>**New York, NY 10035** | | | | |

Sheet no. __17__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,718.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

In re   **James F. Drake,**                               Case No. _____

        **Kristin A. Drake**

_____,
                                      Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4031-1413-0023-6110**<br><br>**Providian National Bank**<br>**P.O. Box 99604**<br>**Arlington, TX 76096-9606** | | J | | **1999**<br>**credit card** | | | | **2,169.00** |
| Account No.<br><br>**DUPLICATE for:**<br>**Providian National Bank** | | | | **Simm Associates, Inc.**<br>**Springside Office Park**<br>**Biddle Bldg. Ste 200**<br>**Newark, DE 19702** | | | | |
| Account No.<br><br>**DUPLICATE for:**<br>**Providian National Bank** | | | | **Surpas Resource Corp.**<br>**3120 Hayes Road, Suite 200**<br>**Houston, TX 77082** | | | | |
| Account No. **5409-7927-0065-0474**<br><br>**Providian Processing Center**<br>**P.O. Box 99604**<br>**Arlington, TX 76096-9604** | | J | | **5409-7927-0065-0474**<br>**credit card** | | | | **870.00** |
| Account No. **9031-1413-0073-6110**<br><br>**Providian Visa Card**<br>**P.O. Box 9539**<br>**Manchester, NH 03108-9539** | | J | | **2000**<br>**credit card** | | | | **2,359.00** |

Sheet no. __**18**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,398.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **James F. Drake,**      Case No. _____
     **Kristin A. Drake**
_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**DUPLICATE for:**<br>**Providian Visa Card** | | | **Mel S. Harris & Associates, LLC**<br>**116 John Street, Suite 1510**<br>**New York, NY 10038** | | | | |
| Account No.<br>**DUPLICATE for:**<br>**Providian Visa Card** | | | **Palasades Collection, LLC**<br>**c/o Surpes Resource Corporation**<br>**3120 Hayes Road, Suite 200**<br>**Houston, TX 77082** | | | | |
| Account No. **5189-1310-0342-0317**<br>**Providian Visa Card**<br>**P.O. Box 660022**<br>**Dallas, TX 75266-0022** | | J | **1998**<br>**credit** | | | | **1,858.00** |
| Account No.<br>**DUPLICATE for:**<br>**Providian Visa Card** | | | **Simm Associates, Inc.**<br>**Springside Office Park**<br>**Biddle BLDG, Ste 200**<br>**200 Biddle Avenue**<br>**Newark, DE 19702** | | | | |
| Account No. **4361-4511-0092-9405**<br>**Providian Visa Card**<br>**P.O. Box 9539**<br>**Manchester, NH 03108-9539** | | J | **1998**<br>**credit card** | | | | **2,680.00** |

Sheet no. __19__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **4,538.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Case 1-04-12952-MJK,   Doc 1,   Filed 04/22/04,   Entered 04/22/04 15:16:42, Description: Main Document , Page 31 of 68

In re    **James F. Drake,**                Case No. _____
       **Kristin A. Drake**

_____,
                     Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>DUPLICATE for:<br>Providian Visa Card | | | American Recovery Services<br>1699 Wall Street, Suite 300<br>Mount Prospect, IL 60056-5788 | | | | |
| Account No.<br>DUPLICATE for:<br>Providian Visa Card | | | ASTA Funding Acquisition<br>c/o Mel S. Harris & Associates, LLC<br>116 John Street, Suite 1510<br>New York, NY 10035 | | | | |
| Account No.<br>Quest Diagnostics<br>P.O. Box 64272<br>Baltimore, MD 21264-4272 | | J | 1997<br>medical | | | | 200.00 |
| Account No.<br>DUPLICATE for:<br>Quest Diagnostics | | | Allegheny Recovery Services, Inc.<br>P.O. Box 544<br>Carnegie, PA 15106-0544 | | | | |
| Account No.<br>Rochester General Wayne Medical Group<br>P.O. Box 9<br>Sodus, NY 14551 | | J | 2003<br>medical | | | | 150.00 |

Sheet no. __20__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
                (Total of this page)      **350.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

In re  **James F. Drake,**                             Case No. _____

      **Kristin A. Drake**

_____,

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8384890**<br><br>**Rochester Radiology Associates, P.C.**<br>**ViaHealth Wayne Health Care**<br>**2136 Five Mile Line Road**<br>**Penfield, NY 14526-2211** | | J | 2000<br>medical | | | | 200.00 |
| Account No. **4338**<br><br>**Rochester Rheumatology**<br>**500 Helendale Road, Suite 90**<br>**Rochester, NY 14609** | | J | 2002<br>medical | | | | 300.00 |
| Account No.<br><br>**Rural Metro Medical Services**<br>**481 William Gaiter Parkway**<br>**Buffalo, NY 14215** | | J | 1999<br>medical | | | | 559.00 |
| Account No.<br><br>**DUPLICATE for:**<br>**Rural Metro Medical Services** | | | **Credit Bureau of Rochester**<br>**P.O. Box 31131**<br>**Rochester, NY 14603-1131** | | | | |
| Account No.<br><br>**Sallie Mae Servicing**<br>**P.O. Box 9500**<br>**Wilkes Barre, PA 18773-9500** | | J | 1997<br>student loan | | | | 10,000.00 |

Sheet no. __21__ of __27__ sheets attached to Schedule of               Subtotal          | 11,059.00
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

In re  **James F. Drake,**
    **Kristin A. Drake**
                                       Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1200400964301**<br><br>**Sallie Mae Servicing**<br>**P.O. Box 9500**<br>**Wilkes Barre, PA 18773-9500** | | J | 2000-2002<br>student loan | | | | 1,000.00 |
| Account No. **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A**<br><br>**Social Security Administration**<br>**1500 Woodlawn Drive**<br>**Baltimore, MD 21241-1500** | | J | 2000<br>Overpayment | | | | 24,000.00 |
| Account No.<br><br>**Strong Health**<br>**P.O. Box 278998**<br>**Rochester, NY 14627-8998** | | J | 2002<br>medical | | | | 150.00 |
| Account No.<br><br>**Strong Memorial Hospital**<br>**601 Elmwood Avenue**<br>**Rochester, NY 14642** | | J | 9/12/03<br>medical | | | | 55.00 |
| Account No.<br><br>**Student Loan Servicing Center**<br>**One University Plaza**<br>**Rensselaer, NY 12144-3497** | | J | 1997<br>student loan | | | | 1,500.00 |

Sheet no. __22__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,705.00

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re    **James F. Drake,**          Case No. _____
         **Kristin A. Drake**

_____ ,
                                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**SUNY Student Loan Services** <br>**Student Loan Service Center** <br>**P.O. Box 660** <br>**Albany, NY 12201-0610** | | J | **student loan** | | | | 1,500.00 |
| Account No. **0758-8856-6520** <br><br>**Taste of Homes Books** <br>**P.O. Box 5226** <br>**Clifton, NJ 07015-5228** | | J | **2003** <br>**book** | | | X | 24.00 |
| Account No. <br><br>**DUPLICATE for:** <br>**Taste of Homes Books** | | | **Consumer Services Department** <br>**3070 Lawson Blvd.** <br>**Oceanside, NY 11572-9017** | | | | |
| Account No. <br><br>**DUPLICATE for:** <br>**Taste of Homes Books** | | | **Reiman Media Group** <br>**c/o Allied Interstate** <br>**P.O. Box 361445** <br>**Columbus, OH 43236** | | | | |
| Account No. <br><br>**The Credit Bureau** <br>**P.O. Box 31131** <br>**Rochester, NY 14603** | | J | **2000** | | | | 1.00 |

Sheet no. __23__ of __27__ sheets attached to Schedule of          Subtotal          1,525.00
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **James F. Drake,**  
      **Kristin A. Drake**                          Case No. _____

_____,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  The Hamilton Collection 9204 Center for the Arts Drive Niles, IL 60714-1300 | | | J | | 2002 goods | | | | 275.00 |
| Account No.  DUPLICATE for: The Hamilton Collection | | | | | North Shore Agency, Inc. 751 Summa Avenue Westbury, NY 11590 | | | | |
| Account No.  DUPLICATE for: The Hamilton Collection | | | | | University Fidelity Corp. P.O. Box 941911 Houston, TX 77094-8911 | | | | |
| Account No.  The Swiss Colony P.O. Box 8994 Madison, WI 53794-0014 | | | J | | 2000 goods | | | | 200.00 |
| Account No.  United Memorial Medical Center 127 North Street Batavia, NY 14020-1697 | | | J | | 1996 medical | | | | 1.00 |

Sheet no. __24__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **476.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **James F. Drake,**            Case No. _____
         **Kristin A. Drake**

_____,
                           Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**DUPLICATE for:**<br>**United Memorial Medical Center** | | | | | **J. Kirby Collery**<br>**P.O. Box 26**<br>**Arcade, NY 14009** | | | | |
| Account No.<br><br>**DUPLICATE for:**<br>**United Memorial Medical Center** | | | | | **Mercantile Adjustment Bureau**<br>**P.O. Box 9315A**<br>**Rochester, NY 14604** | | | | |
| Account No.<br><br>**USA Group Loan Services, Inc.**<br>**P.O. Box 6176**<br>**Indianapolis, IN 46206-6176** | | J | | | **2000**<br>**credit** | | | | **1,000.00** |
| Account No. **919617-58559131**<br><br>**Verizon**<br>**P.O. Box 15071**<br>**Albany, NY 12212-5071** | | J | | | **2002**<br>**credit** | | | | **442.00** |
| Account No.<br><br>**DUPLICATE for:**<br>**Verizon** | | | | | **National Finance Group, Inc.**<br>**P.O. Box 2146**<br>**Rockville, MD 20847-2146** | | | | |

Sheet no. __25__ of __27__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)     **1,442.00**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

In re  **James F. Drake,**
    **Kristin A. Drake**
                                       ,
                           Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**DUPLICATE for:**<br>**Verizon** | | | **OSI Collection Services, Inc.**<br>**P.O. Box 550720**<br>**Jacksonville, FL 32255-0720** | | | | |
| Account No. **5913175** <br><br>**Vetter's Plumbing & Heating Inc.**<br>**c/o Capital Management Services**<br>**726 Exchange Street, Suite 700**<br>**Buffalo, NY 14210** | | J | **2003**<br>**credit card** | | | | 156.00 |
| Account No. **955884** <br><br>**ViaHealth of Wayne**<br>**Newark Campus**<br>**Driving Park Avenue**<br>**P.O. Box 111**<br>**Newark, NY 14513** | | J | **1999**<br>**medical** | | | | 40.00 |
| Account No. <br><br>**Western Niagara Physician, P.C.**<br>**P.O. Box 3114**<br>**Buffalo, NY 14240** | | J | **1997**<br>**medical** | | | | 137.00 |
| Account No. <br><br>**DUPLICATE for:**<br>**Western Niagara Physician, P.C.** | | | **CBJ Credit Recovery**<br>**P.O. Box 1132**<br>**Jamestown, NY 14702-1132** | | | | |

Sheet no. __26__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

333.00

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re    **James F. Drake,**                         Case No. _____

         **Kristin A. Drake**

_____,

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**William Mattar, P.C.**<br>**5684 Main Street**<br>**Buffalo, NY 14221** | | J | **1997**<br>**judgment** | | | | 1,000.00 |
| Account No.<br><br>**Writers Digest**<br>**c/o Receivable Management Services**<br>**P.O. Box 3699**<br>**Conroe, TX 77305** | | J | **2001**<br>**goods** | | | | 100.00 |
| Account No. **8357234**<br><br>**Writers Digest Book Club**<br>**P.O. Box 9273**<br>**Central Islip, NY 11722-9273** | | J | **2001**<br>**credit card** | | | | 200.00 |
| Account No.<br><br>**DUPLICATE for:**<br>**Writers Digest Book Club** | | | **Receivable Management Services**<br>**715 West Drive**<br>**P.O. Box 2100**<br>**Conroe, TX 77305** | | | | |
| Account No.<br><br><br><br> | | | | | | | |

Sheet no. __**27**__ of __**27**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal    1,300.00
       (Total of this page)

               Total    110,463.00
   (Report on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **James F. Drake,**                               Case No. _____
        **Kristin A. Drake**
                                     Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
          schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

  **0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

In re   **James F. Drake,**
        **Kristin A. Drake**                                                                      Case No. _____

                                               Debtors

# SCHEDULE H. CODEBTORS

       Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Heather M. Drake** | **GMAC**<br>**Payment Processing Center**<br>**P.O. Box 51014**<br>**Carol Stream, IL 60125-1014** |

    **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

Form B6I
(12/03)

In re **James F. Drake,**
  **Kristin A. Drake**         Case No. _____

_____ ,
          Debtors

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP<br>**Son** | AGE |
| **Married** | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **manager** | **Nurse** |
| Name of Employer | **Rite-Aid** | **Rochester Psych Center** |
| How long employed | | |
| Address of Employer | **P.O. Box 3165**<br>**Harrisburg, PA 17105** | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **2,932.00** | $ **3,855.00** |
| Estimated monthly overtime | $ **0.00** | $ **500.00** |
| SUBTOTAL | $ **2,932.00** | $ **4,355.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **630.00** | $ **1,725.00** |
| b. Insurance | $ **25.00** | $ **65.00** |
| c. Union dues | $ **0.00** | $ **30.00** |
| d. Other (Specify) **LTD** | $ **10.00** | $ **24.00** |
| **Employee Retirement buy in** | $ **0.00** | $ **75.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **665.00** | $ **1,919.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **2,267.00** | $ **2,436.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **0.00** |
| Income from real property | $ **0.00** | $ **0.00** |
| Interest and dividends | $ **0.00** | $ **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| Social security or other government assistance (Specify) _____ | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| Pension or retirement income | $ **0.00** | $ **0.00** |
| Other monthly income (Specify) **Live in Disabled son works p/t** | $ **200.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| TOTAL MONTHLY INCOME | $ **2,467.00** | $ **2,436.00** |
| TOTAL COMBINED MONTHLY INCOME | $ **4,903.00** | (Report also on Summary of Schedules) |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re   **James F. Drake,**                                  Case No. _____
         **Kristin A. Drake**

_____,
                                Debtors

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

    Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) . . . . . . . . . . . . . . . . . . . . . . . | $ 879.00 |

Are real estate taxes included?       Yes___**X**___   No_____
Is property insurance included?      Yes___**X**___   No_____

| | |
|---|---|
| Utilities:  Electricity and heating fuel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 550.00 |
|             Water and sewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 75.00 |
|             Telephone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 189.00 |
|             Other____**Cable TV and Internet**_____ | $ 90.00 |
| Home maintenance (repairs and upkeep) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 100.00 |
| Food . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 550.00 |
| Clothing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 65.00 |
| Laundry and dry cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Medical and dental expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 250.00 |
| Transportation (not including car payments) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 450.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. . . . . . . . . . . . . . . . . . . . . . . . | $ 75.00 |
| Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|             Homeowner's or renter's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
|             Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 20.00 |
|             Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
|             Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 755.00 |
|             Other_____ | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
|             (Specify)_____ . . . . . . . | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
|             Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 420.00 |
|             Other____**Rent Way (secured loan on furniture)**_____ . . . . . . . | $ 100.00 |
|             Other_____ . . . . . . . | $ 0.00 |
|             Other_____ . . . . . . . | $ 0.00 |
| Alimony, maintenance, and support paid to others . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Payments for support of additional dependents not living at your home . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) . . . . . . | $ 0.00 |
| Other_____**Personal Care (100) Gifts (75)**_____ . . . . . . . | $ 175.00 |
| Other_____**Miscellaneous (100) Disabled son's needs (150)**_____ . . . . . . . | $ 250.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) . . . . . . . . . . . . . . . . . . | $ 4,993.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **N/A** |
| B. Total projected monthly expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **N/A** |
| C. Excess income (A minus B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **N/A** |
| D. Total amount to be paid into plan each _____ . . . . . . . | $ **N/A** |

                                 (interval)

# United States Bankruptcy Court
## Western District of New York

In re    **James F. Drake**
         **Kristin A. Drake**                            Case No. _____

                                  Debtor(s)         Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**41**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 22, 2004** _____      Signature    **/s/ James F. Drake** _____
                                                            **James F. Drake**
                                                            Debtor

Date   **April 22, 2004** _____      Signature    **/s/ Kristin A. Drake** _____
                                                            **Kristin A. Drake**
                                                            Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re    **James F. Drake**
        **Kristin A. Drake** _____    Case No. _____

                                          Debtor(s)           Chapter    **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$34,000.00** | **Rite-Aid (Husband) 2003** |
| **$48,000.00** | **State of New York (2003) Wife** |
| **$32,000.00** | **Rite-Aid (Husband) 2002** |
| **$46,000.00** | **State of New York (2002) Wife** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,000.00** | **Social Security (stopped in 2/03)** |

### 3. Payments to creditors

None ☐    a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **ABN AMBRO Mortgage Group, Inc. 135 South LaSalle Dept. 8600 Chicago, IL 60674-8600** | **Regular monthly mortgage payments** | **$0.00** | **$64,400.00** |

None ■    b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **In the Matter of an Appeal of Kristen Drake from a determination of the New York State Higher Education Services Corporation** | **Student Loan appeal** | **NYSHESC** | **Hearing held; judgment allowing garnishment** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **CitiCards P.O. Box 8109 South Hackensack, NJ 07606-8109** | | **$120.00 per pay period garnishment of Husban's wages** |

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Kenneth Hiller 2001 Niagara Falls Boulevard Amherst, NY 14228** | **12/03** | **$1,200.00** |

**10. Other transfers**

None
■
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                  DATES SERVICES RENDERED

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                      ADDRESS                                  DATES SERVICES RENDERED

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                  ADDRESS

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                                  DATE ISSUED

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|                          |                        | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|                          | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                      NATURE OF INTEREST                      PERCENTAGE OF INTEREST

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|                          |               | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                    ADDRESS                                    DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                        DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                        TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                        TAXPAYER IDENTIFICATION NUMBER

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **April 22, 2004**          Signature  **/s/ James F. Drake**
                                              **James F. Drake**
                                              Debtor

Date  **April 22, 2004**          Signature  **/s/ Kristin A. Drake**
                                              **Kristin A. Drake**
                                              Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Western District of New York

In re   **James F. Drake**
       **Kristin A. Drake**                                      Case No. _____

                                            Debtor(s)          Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

     *a.  Property to Be Surrendered.*

| **Description of Property** | **Creditor's name** |
|---|---|
| **-NONE-** | |

     *b.  Property to Be Retained*                                                   *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | **1112 Market Street Attica, New York 14011** | **ABN AMBRO Mortgage Group, Inc.** | **Debtor will retain collateral and continue to make regular payments.** | | |
| 2. | **2003 Chevy Tracker** | **GMAC** | **Debtor will retain collateral and continue to make regular payments.** | | |
| 3. | **Household goods** | **Rent Way** | **Debtor will retain collateral and continue to make regular payments.** | | |

Date   **April 22, 2004**                 Signature   **/s/ James F. Drake**

                                                    **James F. Drake**
                                                    Debtor

Date   **April 22, 2004**                 Signature   **/s/ Kristin A. Drake**

                                                    **Kristin A. Drake**
                                                  Joint Debtor

# United States Bankruptcy Court
## Western District of New York

In re   **James F. Drake**
      **Kristin A. Drake**             Case No.

Debtor(s)      Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 1,200.00 |
| Prior to the filing of this statement I have received | $ | 1,200.00 |
| Balance Due | $ | 0.00 |

2.   $ **209.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, motions to dismiss, amendments or modifications, any other adversary proceeding, or other matters specified in fee agreement between debtor and attorney.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **April 22, 2004**            **/s/ Kenneth R. Hiller**
                                                 **Kenneth R. Hiller**
                                                 **Law Offices of Kenneth Hiller**
                                                 **2001 Niagara Falls Boulevard**
                                                 **Amherst, NY 14228**
                                                 **716-564-3288   Fax: 716-564-3291**
                                                 **kennethhiller@adelphia.net**

# United States Bankruptcy Court
## Western District of New York

In re    **James F. Drake**
       **Kristin A. Drake** _____    Case No. _____

                                 Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **April 22, 2004** _____      **/s/ James F. Drake** _____

                                          **James F. Drake**
                                          Signature of Debtor

Date:   **April 22, 2004** _____      **/s/ Kristin A. Drake** _____

                                          **Kristin A. Drake**
                                          Signature of Debtor

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

7th Avenue
P.O. Box 2804
Monroe, WI 53566-8004


ABN AMBRO Mortgage Group, Inc.
135 South LaSalle
Dept. 8600
Chicago, IL 60674-8600


Accounts Receivable Management
P.O. Box 129
Thorofare, NJ 08086-0129


Accounts Recievable Management
P.O. Box 129
Thorofare, NJ 08086-0129


ACS
P.O. Box 78268
Phoenix, AZ 85062-8208


Action Card
P.O. Box 5052
Sioux Falls, SD 57117-5052


AFSA Data Corp.
P.O. Box 7051
Utica, NY 13504-7051


Allegheny Recovery Services, Inc.
P.O. Box 544
Carnegie, PA 15106-0544


Allied Interstate
3070 Lawson Boulevard
Oceanside, NY 11572-9017


American Recovery Services
1699 Wall Street, Suite 300
Mount Prospect, IL 60056-5788


Arizona Mail Order Co. Inc.
P.O. Box 221
Waite Park, MN 56387-0221

Arrow Financial Services, LLC
5996 West Touley Avenue
Niles, IL 60714-4610


Aspen Publishers
7201 McKinney Circle
Frederick, MD 21704


ASTA Funding
c/o Mel S. Harris and Associates, LLC
116 John Street, Suite 1510
New York, NY 10035


ASTA Funding Acquisition
c/o Mel S. Harris & Associates, LLC
116 John Street, Suite 1510
New York, NY 10035


AT&T
P.O. Box 944073
Maitland, FL 32794-4073


Bally's Total Fitness
12440 Imperial Hwy, Ste 300
Norwalk, CA 90650-8309


Batavia Neurological Services
203 Summit Street
Batavia, NY 14020


Better Homes and Gardens
P.O. Box 10670
Des Moines, IA 50336-0670


BMG Music
c/o Allied Interstate
P.O. Box 480
New Hyde Park, NY 11040


Capital One Bank
P.O. Box 85147
Richmond, VA 23276

CBCS 70
821 PreEmption Rd. Bldg 100
Geneva, NY 14456-2863


CBJ Credit Recovery
P.O. Box 1132
Jamestown, NY 14702-1132


Chex Systems Collection Agency
Department C
1550 East 79th Street
Minneapolis, MN 55425


CitiCards
P.O. Box 8109
South Hackensack, NJ 07606-8109


CitiCorp Credit Services, Inc.
c/o LTD Financial Services, L.P.
7322 Southwest Freeway, Suite 1600
Houston, TX 77074


Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301


Columbia House
c/o Customer Services Center
1400 North Fruitridge Ave.
P.O. Box 1114
Terre Haute, IN 47811-1114


Compucredit, Inc.
c/o VanRu Credit Corp
8550 Ulmerton Road, Suite 225
Largo, FL 33771-5351


Consumer Services Department
3070 Lawson Blvd.
Oceanside, NY 11572-9017


Crafter' Choice
c/o Customer Service Department
P.O. Box 6400
Camp Hill, PA 17012-6400

Crafter's Choice
c/o North Shore Agency
751 Summit Avenue
Westbury, NY 11590


Crafter's Choice
C/O Allied Interstate
P.O. Box 361445
Columbus, OH 43236


Credit Bureau of Rochester
P.O. Box 31131
Rochester, NY 14603-1131


Credit Card Service
P.O. Box 5877
Hicksville, NY 11802-5877


Credit Card Services
P.O. Box 23356
Pittsburgh, PA 15222-9825


Direct Loan
William D. Ford Federal Direct Loan
U.S. Department of Education
P.O. Box 530280
Atlanta, GA 30353-0260


Direct Merchant's Bank
Payment Center
P.O. Box 17036
Baltimore, MD 21297-0448


Dr. Mark W. Nickels
c/o Strong Health
P.O. Box 278998
Rochester, NY 14627-8998


Edward S. Haddad
810 Madison Avenue
Albany, NY 12208


Emerge Mastercard
P.O. Box 105667
Atlanta, GA 30348-5667

Emerge Mastercard
P.O. Box 23034
Columbus, GA 31902-3034


FDR Medical Services, P.C.
P.O. Box 808
Grand Rapids, MI 49518-0808


Figis, Inc.
P.O. Box 8090
Marshfield, WI 54449-8090


First National Bank of Marin
P.O. Box 80015
Los Angeles, CA 90080-0015


First Premier Bank
P.O. Box 5147
Sioux Falls, SD 57117-5147


FNBM
585 Piolt Road
Las Vegas, NV 89119


Gateway Credit Card Plan
P.O. Box 9025
Des Moines, IA 50368-9025


GE Consumer Finance
JcPenny's Card
P.O. Box 32000
Orlando, FL 32890-3200


Genesee Radiology
P.O. Box 8000, Dept. 799
Buffalo, NY 14267


Ginny's
P.O. Box 2825
Monroe, WI 53566-8025


GMAC
Payment Processing Center
P.O. Box 51014
Carol Stream, IL 60125-1014

Gxmoor House
P.O. Box 62502
Tampa, FL 33662-5028


Highland Hospital
1000 South Avenue
Rochester, NY 14620


Household Bank
Dept. 7680
Carol Stream, IL 60116-7688


Household Bank
Dept. 7680
Carol Stream, IL 60116-7680


Ide Imaging
P.O. Box 1279
Buffalo, NY 14240


Internal Revenue Service
Department of the Treasury
Andover, MA 05501


J. Kirby Collery
P.O. Box 26
Arcade, NY 14009


JcPenny
P.O. Box 981131
El Paso, TX 79998


KMart
Retail Services
P.O. Box 17298
Baltimore, MD 21297-1298


Law Office of Mitchell N. Kay
7 Penn Plaza
New York, NY 10001-3995


Law Office of Mitchell N. Kay
P.O. Box 9006
Smithtown, NY 11787-9006

LTD Financial Services
7322 Southwest Freeway, Suite 1600
Houston, TX 77074


MCM
P.O. Box 939019
San Diego, CA 92193-9019


Mel S. Harris & Associates, LLC
116 John Street, Suite 1510
New York, NY 10038


Mercantile Adjustment Bureau
P.O. Box 9315A
Rochester, NY 14604


Metris
c/o Upton Cohen & Slamowitz
199 Crossways Park Drive
Woodbury, NY 11797-2016


Midland Credit Management
P.O. Box 939019
San Diego, CA 92193-9019


Midnight Velvet
P.O. Box 2821
Monroe, WI 53566-8021


Monroe Ambulance
c/o CRCS
PreEmption Road Bldg 100
Geneva, NY 14456-2061


MRS Associates, Inc.
6530 W. Campus Oval
New Albany, OH 43504


MRS Associates, Inc.
6530 West Campus Oval
Berkey, OH 43504


NAFS
3587 Parkway Lane
Norcross, GA 30892-2827

National Asset Recovery Service, Inc.
P.O. Box 701
Chesterfield, MO 63006-0701


National Credit Adjusters
327 W 4th Street
P.O. Box 3023
Hutchinson, KS 67504-0550


National Credit Audit Corp.
8600 N. Industrial Road
Peoria, IL 61615


National Finance Group, Inc.
P.O. Box 2146
Rockville, MD 20847-2146


National Fuel
10 Lafayette Square
Buffalo, NY 14203


NCO Financial Systems, Inc.
P.O. Box 41417
Dept 99
Philadelphia, PA 19101


NCO Financial Systems, Inc.
P.O. Box 41567
Philadelphia, PA 19101


Niagara Mohawk
300 Erie Boulevard West
Syracuse, NY 13252


Nicholas H. Noyes Memorial Hospital
111 Clara Burton Street
Dansville, NY 14437


North American Energy, Inc.
20 West Third Street, Suite 10
P.O. Box 400
Jamestown, NY 14702

North Shore Agency, Inc.
751 Summa Avenue
Westbury, NY 11590


Northland Group, Inc.
P.O. Box 390846
Minneapolis, MN 55439


NY Higher Education Services Corp.
99 Washington Avenue
Albany, NY 12255


Orchard Bank
c/o Bank Card Services
P.O. Box 17051
Baltimore, MD 21297-1051


Orchard Bank
c/o Bank Card Services
P.O. Box 17051
Baltimore, MD 21297-1050


OSI Collection Services, Inc.
P.O. Box 550720
Jacksonville, FL 32255-0720


Oxmoor House
P.O. Box 62502
Tampa, FL 33662-5028


Oxmore House
P.O. Box 62502
Tampa, FL 33663-5028


Palasades Collection, LLC
c/o Surpes Resource Corporation
3120 Hayes Road, Suite 200
Houston, TX 77082


Pavillion State Bank
Main Street
Batavia, NY 14020

Pioneer Credit Recovery, Inc.
26 Edward Street, Box 279
Arcade, NY 14009-0279


Progressive Insurance
c/o NCO Financial Systems, Inc.
P.O. Box 41457
Philadelphia, PA 19101-1457


Providian Master Card
P.O. Box 9538
Manchester, NH 03108-9538


Providian National Bank
P.O. Box 99604
Arlington, TX 76096-9606


Providian Processing Center
P.O. Box 99604
Arlington, TX 76096-9604


Providian Visa Card
P.O. Box 9539
Manchester, NH 03108-9539


Providian Visa Card
P.O. Box 660022
Dallas, TX 75266-0022


Quest Diagnostics
P.O. Box 64272
Baltimore, MD 21264-4272


Receivable Management Services
715 West Drive
P.O. Box 2100
Conroe, TX 77305


Reiman Media Group
c/o Allied Interstate
P.O. Box 361445
Columbus, OH 43236

Rent Way
959 Broadway
Buffalo, NY 14212


Rochester General Wayne Medical Group
P.O. Box 9
Sodus, NY 14551


Rochester Radiology Associates, P.C.
ViaHealth Wayne Health Care
2136 Five Mile Line Road
Penfield, NY 14526-2211


Rochester Rheumatology
500 Helendale Road, Suite 90
Rochester, NY 14609


Rural Metro Medical Services
481 William Gaiter Parkway
Buffalo, NY 14215


Sallie Mae Servicing
P.O. Box 9500
Wilkes Barre, PA 18773-9500


Sherman Acquisitions, LP
2221 Niagara Falls Boulevard, Suite 29
Niagara Falls, NY 14304


Simm Associates, Inc.
Springside Office Park
Biddle BLDG, Ste 200
200 Biddle Avenue
Newark, DE 19702


Simm Associates, Inc.
Springside Office Park
Biddle Bldg. Ste 200
Newark, DE 19702


Social Security Administration
1500 Woodlawn Drive
Baltimore, MD 21241-1500

Strong Health
P.O. Box 278998
Rochester, NY 14627-8998


Strong Memorial Hospital
601 Elmwood Avenue
Rochester, NY 14642


Student Loan Servicing Center
One University Plaza
Rensselaer, NY 12144-3497


SUNY Student Loan Services
Student Loan Service Center
P.O. Box 660
Albany, NY 12201-0610


Surpas Resource Corp.
3120 Hayes Road, Suite 200
Houston, TX 77082


Taste of Homes Books
P.O. Box 5226
Clifton, NJ 07015-5228


The Credit Bureau
P.O. Box 31131
Rochester, NY 14603


The Hamilton Collection
9204 Center for the Arts Drive
Niles, IL 60714-1300


The Swiss Colony
P.O. Box 8994
Madison, WI 53794-0014


United Memorial Medical Center
127 North Street
Batavia, NY 14020-1697


United Recovery Systems, Inc.
3100 S. Gessmer, Suite 400
Houston, TX 77063

United Recovery Systems, Inc.
3100 Gessmer, Suite 400
Houston, TX 77060


University Fidelity Corp.
P.O. Box 941911
Houston, TX 77094-8911


USA Group Loan Services, Inc.
P.O. Box 6176
Indianapolis, IN 46206-6176


VanRu Credit Corp.
Payment Processing Center
P.O. Box 618
Chicago, IL 60688-0618


Verizon
P.O. Box 15071
Albany, NY 12212-5071


Vetter's Plumbing & Heating Inc.
c/o Capital Management Services
726 Exchange Street, Suite 700
Buffalo, NY 14210


ViaHealth of Wayne
Newark Campus
Driving Park Avenue
P.O. Box 111
Newark, NY 14513


Western Niagara Physician, P.C.
P.O. Box 3114
Buffalo, NY 14240


William Mattar, P.C.
5684 Main Street
Buffalo, NY 14221


Wolfoff & Abramson, LLP
Two Irving Center
702 King Farm Blvd.
Rockville, MD 20850-5775

```
Writers Digest
c/o Receivable Management Services
P.O. Box 3699
Conroe, TX 77305


Writers Digest Book Club
P.O. Box 9273
Central Islip, NY 11722-9273
```